UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA**,

   Plaintiff,

v.                                             No. 4:22-CR-213-P

**DAVID DEVANEY, SR. (01)**,

   Defendant.

### ORDER

Before the Court is Defendant David Devaney, Sr.'s motion to suppress. ECF No. 82. Given the lack of information contained in Devaney's motion (ECF No. 82) and the Government's brief (ECF No. 83), the Court will defer ruling on this motion to suppress until trial. *See United States v. Bovell*, 2020 WL 5879103, at *2 (S.D. Tex. Oct. 2, 2020).

**SO ORDERED** on this **25th day of October 2022**.

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE